# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XYZ Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>Defendants. | Case No.: 1:21-cv-03406<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Young B. Kim |

## PLAINTIFF'S MOTION FOR LEAVE TO MAINTAIN CERTAIN DOCUMENTS UNDER SEAL

Plaintiff, XYZ Corporation ("Plaintiff"), by its undersigned counsel, seeks this Court's authorization for leave to maintain certain documents under seal, in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*.

Plaintiff filed this action on June 25, 2021, against defendants operating online marketplaces and selling or offering for sale various product which infringe upon the intellectual property of Plaintiff. [Dkt. No.1]. With the Complaint, Plaintiff simultaneously filed a Motion for Leave to File Certain Documents Under Seal and to Temporarily Proceed Under a Pseudonym (the "Motion"), supported by a Plaintiff's Memorandum, Declaration, and Exhibits. [Dkt. Nos. 5-6]. This Court granted Plaintiff's Motion on June 29, 2021. [Dkt. No. 10].

Subsequently, one Defendant, "ArtAndHue," submitted two letters to the Court [Dkt. Nos. 19 and 22] on July 7, 2021 and July 8, 2021 respectively. Additionally, the Clerk posted Plaintiff's Bond Registry Deposit Form, Docket Entry: "EXHIBIT (mc, )" [Dkt. No. 20].

These documents were not filed under seal, and each of these documents disclose the Plaintiff's true identity. As such, for the same reasons articulated in Plaintiff Motion and Memorandum in Support [Dkt. Nos. 5-6], Plaintiff respectfully requests that this Court direct the Clerk to maintain the following documents under seal until further order of the Court, or until such a time as Plaintiff's name and identity is disclosed: LETTER from O. Constantine dated 7/7/2021. (mc, ) [Dkt. No. 19]; EXHIBIT (mc, ) [Dkt. No. 20]; and LETTER from O' Constantine dated 7/8/21. (gcy, ) [Dkt. No. 22], reproduced below for the Court's convenience:

| DATE | DOCKET NO. | DOCKET TEXT |
| --- | --- | --- |
| 7/7/2021 | 19 | LETTER from O. Constantine dated 7/7/2021. (mc, ) |
| 7/7/2021 | 20 | EXHIBIT (mc, ) |
| 7/8/2021 | 22 | LETTER from O' Constantine dated 7/8/21. (gcy, ) |

Dated: July 9, 2021

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***