**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| XYZ Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>  Defendants. | Case No.: 1:21-cv-03406<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Young B. Kim |

**DECLARATION OF SERVICE**

I, Sofia Quezada, of the City of Chicago, in the State of Illinois, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, E.F. Licensing, LLC, ("E.F. Licensing" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants, pursuant to Federal Rule of Civil Procedure 4(f)(3), by electronic publication and by sending an e-mail to any e-mail addresses identified by third-parties, for the Defendants, which includes a link to a website upon which all of the relevant court documents will be published.

3. I hereby certify that on or before July 23, 2021, I electronically published the Complaint, Amended Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, on a website to which the Defendants will be directed, in compliance with the TRO entered by this Court. [17] at ¶ 8.

4. I hereby certify that on July 23, 2021, I sent an email to the e-mail addresses provided for Defendants by third-parties, containing a copy of the Complaint, Amended Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, and included a link to a website upon which all court documents and notices will be published.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this July 23, 2021, at Chicago, Illinois.

*/s/ Sofia Quezada*
Sofia Quezada
Counsel for Plaintiff, E.F. Licensing, LLC